STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. GEORGE F. BARTELL, DEFENDANT-RESPONDENT.

Argued May 26, 1952—Decided June 16, 1952.

*Mr. H. Russell Morss, Jr.*, argued the cause for the appellant (*Mr. Edward Cohn*, attorney).

*Mr. David I. Stepacoff* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed by an equally divided court.

*For affirmance*—Justices OLIPHANT, WACHENFELD and BURLING—3.

*For reversal*—Chief Justice VANDERBILT, and Justices HEHER and JACOBS—3.